[No. 49144-0-I. Division One. January 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC C. BUSHNELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09391-4, Laura Gene Middaugh, J., entered August 24, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 49377-9-I. Division One. January 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHNNA CHANRAT LY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-03008-8, Julie Spector, J., entered September 28, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Grosse, J.

[No. 50014-7-I. Division One. January 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. BUSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02700-6, George T. Mattson, J., entered Febuary 15, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Schindler, JJ.

[No. 50745-1-I. Division One. January 6, 2003.]

THE CITY OF FEDERAL WAY, *Respondent*, v. RANDALL C. NEIGHBORS, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-10333-2, Deborah D. Fleck and Dean Scott Lum, JJ., entered May 14 and 28, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Agid, JJ.